UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>HUISI GONZALES AMAYA,<br><br>     Defendant.<br>_____/ | No. 2:03-cr-00365-MCE<br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>HUITZILUOOSTLI AMAYA-GONZALEZ, AKA<br>HUISI GONZALES AMAYA,<br><br>     Defendant.<br>_____/ | No. 2:12-cv-00161-GEB |

    The Court has received the Notice of Related Case filed on May 1, 2012.

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

1

1  The actions involve many of the same defendants and are based on
2  the same or similar claims, the same property transaction or
3  event, similar questions of fact and the same questions of law,
4  and would therefore entail a substantial duplication of labor if
5  heard by different judges.  Accordingly, the assignment of the
6  matters to the same judge is likely to effect a substantial
7  savings of judicial effort and is also likely to be convenient
8  for the parties.
9      The parties should be aware that relating the cases under
10 Local Rule 123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the action is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the district judge and magistrate
14 judge to whom the first filed action was assigned.
15     IT IS THEREFORE ORDERED that the action denominated
16 2:12-cr-00161, <u>United States of America v. Huitziluoostli Amaya-</u>
17 <u>Gonzalez, aka Huisi Gonzales Amaya</u> is reassigned to
18 Judge Morrison C. England, Jr.  for all further proceedings, and
19 any dates currently set in this reassigned case only is hereby
20 VACATED.  Henceforth, the caption on documents filed in the
21 reassigned case shall be shown as 2:12-cr-00161-MCE.
22     IT IS FURTHER ORDERED that the Clerk of the Court make
23 appropriate adjustment in the assignment of criminal cases to
24 compensate for this reassignment.
25     IT IS SO ORDERED.
26
27 DATED: May 8, 2012                _____
                                    MORRISON C. ENGLAND, JR.
28                                  UNITED STATES DISTRICT JUDGE